Matthew F. Bahr, Bar No. 173929
Attorney at Law
P.O. Box 263
Visalia, CA 9327
Tel: (559) 679-8401
Fax:(559) 553-4738

Attorney for Plaintiff, EDDIE AGOSTINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE AGOSTINI,<br><br>  Plaintiff,<br><br>VS.<br><br>ROBERT HILARIDES, DBA HILARIDES DAURY, DBA HILARIDES TRANSPORTATION, and DBA SIERRA CATTLE COMPANY, and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.: 1:13-CV-00064-LJO-GSA<br><br>STIPULATION RE DISMISSAL OF ACTION; ORDER |

    THE PARTIES HEREIN, by and through their respective attorneys of record, hereby stipulate, pursuant to a separate confidential settlement agreement and release of all claims, that this case should be dismissed immediately with prejudice.

Dated:  August 1, 2013

                                                                        _____
                                                                        MATTHEW F. BAHR
                                                                        Attorney for Plaintiff, EDDIE AGOSTINI

Dated: August   , 2013

_____
PATRICK S. MOODY
Attorney for defendants Robert Hilarides, DBA Hilarides Dairy, DBA Hilarides Transportation , and DBA Sierra Cattle Company

### ORDER

**IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties this case is dismissed with prejudice.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **August 1, 2013**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

STIPULATION RE DISMISSAL OF ACTION; [PROPOSED] ORDER